IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00390-03-CR-W-BP |
| ) | |
| ANTHONY G. KERN, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Anthony G. Kern appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to the lesser included charge of Count One of the Indictment charging him with a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, that is, conspiracy to distribute 5 grams or more of methamphetamine (actual). The Plea Agreement states that the Government agrees to dismiss Counts Two, Three, and Four at sentencing. I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Anthony G. Kern's plea of guilty be accepted and that defendant Kern be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and

Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1).

                */s/ Lajuana M. Counts*
                Lajuana M. Counts
                United States Magistrate Judge